# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-08-00717-CR

**Moses Deleon Garcia, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
NO. D-1-DC-07-202584, HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Moses Deleon Garcia has filed an unopposed motion to withdraw his appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: October 27, 2009

Do Not Publish